David Fink (pro hac vice)
7519 Apache Plume
Houston, TX 77071
Tel.: (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (650) 994-2295
Fax: (650) 994-2297
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Civil Action No. 3:12-CV-06375 JST <br><br> PLAINTIFF FUZZYSHARP TECHNOLOGIES CORPORATION'S OPPOSITION NVIDIA CORPORATION'S MOTION TO DISMISS <br><br> Date:   April 18, 2013 <br> Time:   2:00 PM <br> Court:  Courtroom 9, 19th Floor <br> Judge:  Jon S. Tigar |

Plaintiff FuzzySharp Technologies Incorporated ("FST") respectfully submits this Opposition to the Motion to Dismiss submitted by Nvidia Corporation "Nvidia".

**ADDRESSING NON-LEGAL ARGUMENTS**

Before Nvidia reaches its legal arguments at page 6, Nvidia makes many assertions not as to law, but possibly for supercilious reasons. Nvidia repeatedly dwells on typo errors, but Nvidia does not argue that the typo errors make the Complaint incomprehensible, or that the Complaint should be dismissed based on case law forbidding typo errors in a Complaint. Nvidia also asserts that FST is a non-practicing entity, possibly suggesting that a large company manufacturing, selling, and/or offering an infringing product has more significant standing in law than a company owning patent rights that have been recognized by the largest engineering organization in the world, the Institute of Engineers and Electronic Engineers, as one of the key patents in its field as is the case here. See Ex. A, particularly the top line identifying the parent U. S. Patent No. 5,914,721 of the patents-in-suit with patentee Dr. Hong Lip Lim, the president of FST.

The logical inconsistencies of the Motion are significant. At page 1, second paragraph, Nvidia asks the Court ambiguously to dismiss Plaintiff's claims for two causes: for indirect infringement and willful infringement for both patents; however, Nvidia in its list of issues on the same page raises the stakes and asserts three issues to be dismissed: 1) indirect infringement; 2) willful infringement; and 3) **direct infringement**. In contrast, the Brief at page 11, under the heading, "Conclusions" asks the Court to dismiss only the Plaintiff's claims for indirect and willful infringement, and adds, a request for Count Two to be dismissed. Count One is not mentioned specifically even though it is admittedly the same as Count Two, but for the patent number. In contrast, the "Conclusions" does not mention direct infringement directly.

Nvidia urges the Court that it is incomprehensible for the Plaintiff to amend the Complaint factually to correct any omitted factual information, if the Court deems the Complaint insufficient; however, Nvidia is unable to support such an argument other than the fact that the patents-in-suit have expired. Most important, Nvidia provides no legal basis against litigation on the basis of expired patents.

In addition, it is respectfully pointed out that all of the patent claims of the patents-in-suit are process claims, and Nvidia has not argued that process claims require any marking requirements for damages.

Nvidia argues that there are no facts available to the Plaintiff because the patents-in-suit have expired. Apparently, Nvidia takes the position that when the patents-in-suit expired, the past activities of Nvidia and related facts also expired.

Nvidia repeats several times that in the previous case, Nvidia brought a Motion to Dismiss based on collateral estoppel and FST voluntarily dismissed its case (without prejudice), soon thereafter. See for example, the Brief at page 3, second full paragraph. It is not clear what legal point Nvidia is endeavoring to make, but it is obvious that FST respected the Court and did not want to waste judicial time and effort. If FST had opposed the Nvidia's Motion, then Nvidia would have filed a Reply Brief followed by oral arguments. The best Nvidia could achieve with its Motion would be a dismissal without prejudice. After all, the Judge in the previous Nvidia case knew that the determination of invalidity of the patents was not final. FST dismissed the case without prejudice, thereby saving the Court and everyone else from wasting time and resources. Nvidia did not oppose the Motion for voluntary dismissal without prejudice. Thus, Nvidia acquiesced, thereby accepting the dismissal motion by FST. The Court, of course, made a sound decision, and Nvidia appears to dispute its own conduct in that case.

Nvidia argues that there was a two month delay in serving it as though the Fed. R. Civ. P. 4 (m) limit of 120 days to serve a Summons and Complaint did not exist. Nvidia fails to mention that it was served a notice of lawsuit, copies of a request for a waiver and a copy of a Complaint which it ignored even after the deadline of 30 days to respond. A Motion for fees and costs to serve Nvidia will be filed in due course. Nvidia also failed to mention that it ignored many telephone calls from the process server for FST for almost one week because the process server wanted to identify the proper person for service as a courtesy.

**Legal arguments**

**In general**, Nvidia's Brief appears to be a proforma Brief for defending patent infringement with some small changes to personalize the Brief to this case. The cases cited are standard and the limited descriptions are carefully drafted to avoid actually informing the Court of the respective holdings with respect to details of the Complaint. Hence, much of the Brief is uninformative as to the specific Complaint in this case.

**As to direct infringement**, Nvidia has repeatedly relied on *Twombly* and its progeny and has mentioned *In re Bill of Lading Transmission & Processing Sys.* In its Brief. Nvidia fails to note that the CAFC sat *en banc* for *In re Bill of Lading Transmission & Processing Sys* stated:

> Accordingly, to the extent the parties argue that *Twombly* and its progeny conflict with the Forms and create differing pleading requirements, the Forms control.

The CAFC also points out that Form 18 of the Federal Rules of Civil Procedure requires a minimum number of allegations for direct infringement:

> (1) an allegation of jurisdiction; (2) a statement that the plaintiff owns the patent; (3) a statement that defendant has been infringing the patent 'by making, selling, and using [the device] embodying the patent'; (4) a statement that the plaintiff has given the defendant notice of its infringement; and (5) a demand for an injunction and damages.

Nvidia has not disputed that any of the required allegations stated by the CAFC is missing from the Complaint, because none of them are missing except, of course, a demand for injunctive relief which is inappropriate for the facts of the case based on expired patents-in-suit.

Hence, the Complaint meets the requirements for direct infringement. Nvidia is the direct infringer because, as the Complaint states, Nvidia is "selling, and offering to sell Graphic Processors (sic) Units capable of performing occlusion culling during computer graphics rendering process." Nvidia has not disputed that it sells the identified infringing Units. FST owns the patents-in-suit, and Nvidia had prior notice of its infringement.

Nvidia takes the position that being "capable" does not mean that the Nvidia product does not "necessarily" perform the infringing process. See Nvidia Brief at page 8, lines 1-3. The conclusion urged by Nvidia is without any logical basis. Whether or not there is infringement is for this Court to determine, not Nvidia. Form 18 requires a statement as to infringement.

It is true that Nvidia graphic processors which are capable of performing occlusion culling are used for mundane graphics tasks, but that is not the important use of such units, or substantial non-infringing use.

Computer manufacturers include Nvidia graphic products capable of occlusion culling is to enable fast rendering of graphic images. The reason gamers and the like pay big bucks for Nvidia graphic processor units is for the capability of rendering 3D games beautifully using occlusion culling to very quickly create images for display on a computer monitor or the like. It is respectfully noted that Nvidia has arrogantly named the occlusion culling concept invented by the president of FST, Dr. Hong Lip Lim, after itself, thereby denying the significant contribution to the graphics field by Dr. Lim. See Ex. B.

**As to willful infringement**, Nvidia in its Brief at the top of page 10 states that Nvidia had no reason to believe that the patents were valid and infringed because Plaintiff did not reinitiate its dismissed lawsuit against Nvidia and settled with 3DLabs before the issue of invalidity could be resolved. This argument is actually an admission against interest by Nvidia. First, Nvidia does not state that it was relying on a legal opinion. While the management at Nvidia maybe very smart, a business decision to ignore the patents-in-suit does not avoid willful infringement, particularly if the management had notice of the patents-in-suit from prior litigation. It is a business risk of willful infringement, that Nvidia thought it could do in defiance of FST's patent rights. The second reason Nvidia argues is that the validity of the patents-in-suit were not established. It is fundamental law that a patent is presumed to be valid, and Nvidia would have learned this if it consulted a competent law firm. Thus, Nvidia has effectively argued that Nvidia management decided to ignore the notice of the infringement of the patents-in-suit, and proceeded to infringed the patents-in-suit willfully by selling and offering to sell infringing

Units.

**As to indirect infringement**, the Nvidia Brief at page 8 argues in the first full paragraph: "NVIDIA could not induce infringement of patents it reasonably believed were invalid." Once again, Nvidia relies on its management's business decision, not a legal opinion, that the patents-in-suit were invalid. Nvidia argues that there is no indirect infringement based on the speculation of Nvidia's management that the patents-in-suit were invalid.

It is true that Judge Armstrong dismissed the case against 3DLabs on the basis that the claims asserted in that case were invalid; however, an appeal was taken so the issue of validity remained incomplete despite the well reasoned Decision. The possibility that the CAFC might find a different understanding exists. Hence, even if Nvidia suddenly found it had a legal opinion in hand at that time, the subsequent action by the CAFC would certain require a revision of such a legal decision after the CAFC made its decision. Thus, as a defense to the Complaint, Nvidia would need to suddenly "find" two legal opinions, but such legal opinions would not provide a basis for dismissing the Complaint as to indirect infringement. At best, such opinions would only be useful as a defense in an Answer, not a basis for dismissal.

**As to contributory infringement**, it is respectfully pointed out that Nvidia sells and offers its Graphic Processor Units capable of performing occlusion culling during the computer graphics rendering process. This is set forth at Count One, para 13, and Count Two, para. 16 of the Complaint. Nvidia had notice from the previous lawsuit by FST of infringing the patents-in-suit. Hence, it is it is ingenuous for Nvidia to assert at page 9 of its Brief that it did not believe that its product was sold for the purpose of enabling patent infringement. Nvidia has not denied that it sells the identified infringing products for enabling users to infringe the patents-in-suit. Hence, Nvidia is a contributory infringer.

**CONCLUSION**

Defendant's arguments as to the issues of direct infringement, wilful infringement, and indirect infringement, inducement and contributory infringement, have been shown to have no basis in law. In addition, if the Court deems that an amended Complaint might clarify some issues, the Plaintiff is prepared to comply.

        THE PLAINTIFF

        FUZZYSHARP TECHNOLOGIES

        INCORPORATED

Date: March 14, 2013

        By: /S/ David Fink
            David Fink
            Attorney for Plaintiff

**EX. A**



# The Influence of IEEE on Key Patents

**Prepared For:**
IEEE
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331, USA

**Prepared By:**

Patrick Thomas, PhD
and
Anthony Breitzman, PhD

1790 Analytics, LLC
East Gate Center, Suite 200
309 Fellowship Road
Mount Laurel, NJ 08054

January 12, 2006

## Computer Software

| Patent Title | Citation Index | Cite Count | Pub Year | inventors | Assignee | Parent | Ult Parent |
|---|---|---|---|---|---|---|---|
| 05914721 | 4.54226 | 38 | 1999 | Lim; Hong Lip | UNASSIGNED | | |

Visibility calculations for 3D computer graphics

### NPR Text

74  An optimal algorithm for detecting weak visibility of a polygon J. Sack S. Suri IEEE transactions on computers, vol. 39, No. 10, Oct. 1990.
38  Radiosity redistribution for dynamic environment D. George F. Sillion D. Greenberg IEEE Computer Graphics & Applications, vol. 4, 1990.
179 Z. Gigus et al., "Computing the aspect graph for line drawings of polyhedral objects", in Proceedings of IEEE Conference on Computer Vision and Pattern Recognition, Computer Society Press, New York, pp. 654-661, 1988.
171 S. Chang, "On fuzzy mapping and control", IEEE Transactions on Systems, Man & Cybernetics, vol. SMC-2, No. 1, pp. 30-34, 1972.
150 C. Hornung, "A method for solving the visibility problem", IEEE Computer Graphics & Applications, vol. 4, pp. 26-33, 1984.
143 E. Catmull, "Computer display of curved surfaces" in IEEE Transactions of Computers, pp. 309-315, 1971.
132 D. Gordon et al., "Front-to-back display of BSP trees", IEEE Computer Graphics & Applications, vol. 11, pp. 79-85, 1991.
121 Spatial transformation for rapid scan-line surface shadowing P. Robertson IEEE computer graphics & applications Mar. 1989.
52  Generating soft shadows with a depth buffer algorithm Brotman L. S. IEEE Computer Graphics and Applications vol. 4, No. 10, 1984.
51  Me and my (fake shadow) Blinn, J. F. IEEE Computer Graphics and Applications, vol. 8, No. 1 1988.
50  A general version of crow's shadow volumes Bergeron P. IEEE Computer Graphics and Applications, vol. 6, No. 9, Sep. 1986.
24  A solution to the hidden-line problem for computer-drawn polyhedra P. Loutrel IEEE Transactions on Computers, Mar. 1970.
39  A survey of shadow algorithms A. Woo, F. Poulin A. Fournier IEEE Computer Graphics & Applications, vol. 6, 1990.
47  Realism in computer graphics: a survey. J.Amanatides IEEE Computer Graphics and Applications, vol. 7, No. 1, 1987.
59  The light buffer: a shadow-testing accelerator Haines, E. A. Greenberg, D. IEEE Computer Graphics and Applications, vol. 6, No. 9, Sep. 1986.

| 05918225 | 4.48085 | 78 | 1999 | White; Peter W. French; Clark D. Chen; Yong Min Yach; David | SYBASE INC | | |

SQL-based database system with improved indexing methodology

### NPR Text

8  Graefe et al., "Data Compression and Database Performance," IEEE, Applied Computing Symposium, 1991, pp. 22-27.
9  Perrizo et al., "Domain Vector Accelerator (DVA): A Query Accelerator for Relational Operations," IBM Corp., Rochester, MN, IEEE, Data Engineering, 7th Annual International Conference, 1991, pp. 491-498.
5  Chu et al., "A Transaction-Based Approach to Vertical Partitioning for Relational Database Systems," IEEE, v19, n8, IEEE Transactions on Software Engineering, Aug. 1993, pp. 804-812.
2  Reinartz, K., "Aspects of vertical mode in multiprocessor systems, unconventional computation on conventional processors," Second International Specialist Seminar on the Design and Application of Parallel Digital Processors, IEEE, 1991, pp. 48-54.

**EX. B**

Name

    NV_occlusion_query

Name Strings

    GL_NV_occlusion_query

Contact

    Matt Craighead, NVIDIA Corporation (mcraighead 'at' nvidia.com)

Notice

    Copyright NVIDIA Corporation, 2001, 2002.

IP Status

    NVIDIA Proprietary.

Status

    Shipping (version 1.0)

Version

    NVIDIA Date: February 6, 2002 (version 1.0)

Number

    261

Dependencies

    Written based on the wording of the OpenGL 1.3 specification.

    Requires support for the HP_occlusion_test extension.

Overview

    The HP_occlusion_test extension defines a mechanism whereby an
    application can query the visibility of an object, where "visible"
    means that at least one pixel passes the depth and stencil tests.

    The HP extension has two major shortcomings.

    - It returns the result as a simple GL_TRUE/GL_FALSE result, when in
      fact it is often useful to know exactly how many pixels passed.
    - It provides only a simple "stop-and-wait" model for using multiple
      queries.  The application begins an occlusion test and ends it;
      then, at some later point, it asks for the result, at which point
      the driver must stop and wait until the result from the previous
      test is back before the application can even begin the next one.
      This is a very simple model, but its performance is mediocre when
      an application wishes to perform many queries, and it eliminates
      most of the opportunites for parallelism between the CPU and GPU.

    This extension solves both of those problems.  It returns as its
    result the number of pixels that pass, and it provides an interface
    conceptually similar to that of NV_fence that allows applications to
    issue many occlusion queries before asking for the result of any one.
    As a result, they can overlap the time it takes for the occlusion
    query results to be returned with other, more useful work, such as
    rendering other parts of the scene or performing other computations
    on the CPU.

    There are many situations where a pixel count, rather than a boolean
    result, is useful.

    - If the visibility test is an object bounding box being used to
      decide whether to skip the object, sometimes it can be acceptable,
      and beneficial to performance, to skip an object if less than some
      threshold number of pixels could be visible.
    - Knowing the number of pixels visible in the bounding box may also
      help decide what level of detail a model should be drawn with.  If
      only a few pixels are visible, a low-detail model may be
      acceptable.  In general, this allows level-of-detail mechanisms to
      be slightly less ad hoc.
    - "Depth peeling" techniques, such as order-independent transparency,
      would typically like to know when to stop rendering more layers; it

  is difficult to come up with a way to determine a priori how many
  layers to use.  A boolean count allows applications to stop when
  more layers will not affect the image at all, but this will likely
  be unacceptable for performance, with minimal gains to image
  quality.  Instead, it makes more sense to stop rendering when the
  number of pixels goes below a threshold; this should provide better
  results than any of these other algorithms.
  - Occlusion queries can be used as a replacement for glReadPixels of
  the depth buffer to determine whether, say, a light source is
  visible for the purposes of a lens flare effect or a halo to
  simulate glare.  Pixel counts allow you to compute the percentage
  of the light source that is visible, and the brightness of these
  effects can be modulated accordingly.

Issues

  *   Should we use an object-based interface?

      RESOLVED: Yes, this makes the interface much simpler, and it is
      friendly for indirect rendering.

  *   Should we offer an entry point analogous to glTestFenceNV?

      RESOLVED: No, it is sufficient to have glGetOcclusionQueryivNV
      provide a query for whether the occlusion query result is back
      yet.  Whereas it is interesting to poll fence objects, it is
      relatively less interesting to poll occlusion queries.

  *   Is glGetOcclusionQueryuivNV necessary?

      RESOLVED: Yes, it makes using a 32-bit pixel count less painful.

  *   Should there be a limit on how many queries can be outstanding?

      RESOLVED: No.  This would make the extension much more
      difficult to spec and use.  Allowing this does not add any
      significant implementation burden; and even if drivers have some
      internal limit on the number of outstanding queries, it is not
      expected that applications will need to know this to achieve
      optimal or near-optimal performance.

  *   What happens if glBeginOcclusionQueryNV is called when an
      occlusion query is already outstanding for a different object?

      RESOLVED: This is a GL_INVALID_OPERATION error.

  *   What happens if HP_occlusion_test and NV_occlusion_query usage is
      overlapped?

      RESOLVED: The two can be overlapped safely.  Counting is enabled
      if we are  either  inside a glBeginOcclusionQueryNV or if
      if GL_OCCLUSION_TEST_HP is enabled.  The alternative (producing
      an error) does not work -- it would require that glPopAttrib be
      capable of producing an error, which would be rather problematic.

      Note that glBeginOcclusionQueryNV, not glEndOcclusionQueryNV,
      resets the pixel counter and occlusion test result.  This can
      avoid certain types of strange behavior where an occlusion
      query's pixel count does not always correspond to the pixels
      rendered during the occlusion query.  The spec would make sense
      the other way, but the behavior would be strange.

  *   Does EndOcclusionQuery need to take any parameters?

      RESOLVED: No.  Giving it, for example, an "id" parameter would
      be redundant -- adding complexity for no benefit.  Only one query
      can be active at a time.

  *   How many bits should we require the pixel counter to be, at
      minimum?

      RESOLVED: 24.  24 is enough to handle 8.7 full overdraws of a
      1600x1200 window.  That seems quite sufficient.

  *   What should we do about overflows?

      RESOLVED: Overflows leave the pixel count undefined.  Saturating
      is recommended but not required.

      The ideal behavior really is to saturate.  This ensures that you
      always get a "large" result when you render many pixels.  It also

ensures that apps which want a boolean test can do one on their
own, and not worry about the rare case where the result ends up
exactly at zero from wrapping.

That being said, with 24 bits of pixel count required, it's not
clear that this really matters. It's better to be a bit
permissive here. In addition, even if saturation was required,
the goal of having strictly defined behavior is still not really
met.

Applications don't (or at least shouldn't) check for some _exact_
number of bits. Imagine if a multitextured app had been written
that required that the number of texture units supported be
_exactly_ two! Implementors of OpenGL would be greatly annoyed
to find that the app did not run on, say, three-texture or four-
texture hardware.

So, we expect apps here to always be doing a "greater than or
equal to" check. An app might check for, say, at least 28 bits.
This doesn't ensure defined behavior -- it only ensures that once
an overflow occurs (which may happen at any power of two), that
overflow will be handled with saturation. This behavior still
remains sufficiently unpredictable that the reasons for defining
behavior in even rarely-used cases (preventing compatibility
problems, for example) are unsatisfied.

All that having been said, saturation is still explicitly
recommended in the spec language.

* What is the interaction with multisample, which was not defined
  in the original spec?

  RESOLVED: The pixel count is the number of samples that pass, not
  the number of pixels. This is true even if GL_MULTISAMPLE is
  disabled but GL_SAMPLE_BUFFERS is 1. Note that the depth/stencil
  test optimization whereby implementations may choose to depth
  test at only one of the samples when GL_MULTISAMPLE is disabled
  does not cause this to become ill-specified, because we are
  counting the number of samples that are still alive _after_ the
  depth test stage. The mechanism used to decide whether to kill
  or keep those samples is not relevant.

* Exactly what stage are we counting at? The original spec said
  depth test; what does stencil test do?

  RESOLVED: We are counting immediately after _both_ the depth and
  stencil tests, i.e., pixels that pass both. This was the
  original spec's intent. Note that the depth test comes after the
  stencil test, so to say that it is the number that pass the depth
  test is reasonable; though it is often helpful to think of the
  depth and stencil tests as being combined, because the depth test
  result impacts the stencil operation used.

* Is it guaranteed that occlusion queries return in order?

  RESOLVED: Yes. It makes sense to do this. If occlusion test X
  occurred before occlusion query Y, and the driver informs the app
  that occlusion query Y is done, the app can infer that occlusion
  query X is also done. For applications that do poll, this allows
  them to do so with less effort.

* Will polling an occlusion query without a glFlush possibly cause
  an infinite loop?

  RESOLVED: Yes, this is a risk. If you ask for the result,
  however, any flush required will be done automatically. It is
  only when you are polling that this is a problem because there is
  no guarantee that a flush has occured in the time since
  glEndOcclusionQueryNV, and the spec is written to say that the
  result is only "available" if the value could be returned
  _instantaneously_.

  This is different from NV_fence, where FinishFenceNV can cause an
  app hang, and where TestFenceNV was also not guaranteed to ever
  finish.

  There need not be any spec language to describe this behavior
  because it is implied by what is already said.

  In short, if you use GL_PIXEL_COUNT_AVAILABLE_NV, you _must_ use
  glFlush, or your app may hang.

* The HP_occlusion_test specs did not contain the spec edits that explain the exact way the extension works.  Should this spec fill in those details?

    RESOLVED: Yes.  These two extensions are intertwined in so many important ways that doing so is not optional.

* Should there be a "target" parameter to BeginOcclusionQuery?

    RESOLVED: No.  We're not trying to solve the problem of "query anything" here.

* What might an application that uses this extension look like?

    Here is some rough sample code:

    ```
    GLuint occlusionQueries[N];
    GLuint pixelCount;

    glGenOcclusionQueriesNV(N, occlusionQueries);
    ...
    // before this point, render major occluders
    glColorMask(GL_FALSE, GL_FALSE, GL_FALSE, GL_FALSE);
    glDepthMask(GL_FALSE);
    // also disable texturing and any fancy shading features
    for (i = 0; i < N; i++) {
        glBeginOcclusionQueryNV(occlusionQueries[i]);
        // render bounding box for object i
        glEndOcclusionQueryNV();
    }
    // at this point, if possible, go and do some other computation
    glColorMask(GL_TRUE, GL_TRUE, GL_TRUE, GL_TRUE);
    glDepthMask(GL_TRUE);
    // reenable other state
    for (i = 0; i < N; i++) {
        glGetOcclusionQueryuivNV(occlusionQueries[i], GL_PIXEL_COUNT_NV,
                                 &pixelCount);
        if (pixelCount > 0) {
            // render object i
        }
    }
    ```

* Is this extension useful for saving geometry, fill rate, or both?

    It is expected that it will be most useful for saving geometry work, because for the cost of rendering a bounding box you can save rendering a normal object.

    It is possible for this extension to help in fill-limited situations, but using it may also hurt performance in such situations, because rendering the pixels of a bounding box is hardly free.  In most situations a bounding box will probably have more pixels than the original object.

    One exception is that for objects rendered with multiple passes, the first pass can be wrapped with an occlusion query almost for free.  That is, render the first pass for all objects in the scene, and get the number of pixels rendered on each object.  If zero pixels were rendered for an object, you can skip subsequent rendering passes.  This trick can be very useful in many cases.

* What can be said about guaranteeing correctness when using occlusion queries, especially as it relates to invariance?

    Invariance is critical to guarantee the correctness of occlusion queries.  If occlusion queries go through a different code path than standard rendering, the pixels rendered may be different.

    However, the invariance issues are difficult at best to solve.  Because of the vagaries of floating-point precision, it is difficult to guarantee that rendering a bounding box will render at least as many pixels with equal or smaller Z values than the object itself would have rendered.

    Likewise, many other aspects of rendering state tend to be different when performing an occlusion query.  Color and depth writes are typically disabled, as are texturing, vertex programs, and any fancy per-pixel math.  So unless all these features have guarantees of invariance themselves (unlikely at best), requiring invariance for NV_occlusion_query would be futile.

For what it's worth, NVIDIA's implementation is fully invariant with respect to whether an occlusion query is active; that is, it does not affect the operation of any other stage of the pipeline. (When occlusion queries are being emulated on hardware that does not support them, via the emulation registry keys, using an occlusion query produces a software rasteriation fallback, and in such cases invariance cannot be guaranteed.)

Another problem that can threaten correctness is near and far clipping. If the bounding box penetrates the near clip plane, for example, it may be clipped away, reducing the number of pixels counted, when in fact the original object may have stayed entirely beyond the near clip plane. Whenever you design an algorithm using occlusion queries, it is best to be careful about the near and far clip planes.

* How can frame-to-frame coherency help applications using this extension get even higher performance?

  Usually, if an object is visible one frame, it will be visible the next frame, and if it is not visible, it will not be visible the next frame.

  Of course, for most applications, "usually" isn't good enough. It is undesirable, but acceptable, to render an object that wasn't visible, because that only costs performance. It is generally unacceptable to not render an object that was visible.

  The simplest approach is that visible objects should be checked every N frames (where, say, N=5) to see if they have become occluded, while objects that were occluded last frame must be rechecked again in the current frame to guarantee that they are still occluded. This will reduce the number of wasteful occlusion queries by a factor of almost N.

  It may also pay to do a raycast on the CPU in order to try to prove that an object is visible. After all, occlusion queries are only one of many items in your bag of tricks to decide whether objects are visible or invisible. They are not an excuse to skip frustum culling, or precomputing visibility using portals for static environments, or other standard visibility techniques.

  In general, though, taking advantage of frame-to-frame coherency in your occlusion query code is absolutely essential to getting the best possible performance.

New Procedures and Functions

    void GenOcclusionQueriesNV(sizei n, uint *ids);
    void DeleteOcclusionQueriesNV(sizei n, const uint *ids);
    boolean IsOcclusionQueryNV(uint id);
    void BeginOcclusionQueryNV(uint id);
    void EndOcclusionQueryNV(void);
    void GetOcclusionQueryivNV(uint id, enum pname, int *params);
    void GetOcclusionQueryuivNV(uint id, enum pname, uint *params);

New Tokens

    Accepted by the <cap> parameter of Enable, Disable, and IsEnabled, and by the <pname> parameter of GetBooleanv, GetIntegerv, GetFloatv, and GetDoublev:

        OCCLUSION_TEST_HP                          0x8165

    Accepted by the <pname> parameter of GetBooleanv, GetIntegerv, GetFloatv, and GetDoublev:

        OCCLUSION_TEST_RESULT_HP                   0x8166
        PIXEL_COUNTER_BITS_NV                      0x8864
        CURRENT_OCCLUSION_QUERY_ID_NV              0x8865

    Accepted by the <pname> parameter of GetOcclusionQueryivNV and GetOcclusionQueryuivNV:

        PIXEL_COUNT_NV                             0x8866
        PIXEL_COUNT_AVAILABLE_NV                   0x8867

Additions to Chapter 2 of the OpenGL 1.3 Specification (OpenGL Operation)

    None.

Additions to Chapter 3 of the OpenGL 1.3 Specification (Rasterization)

    None.

Additions to Chapter 4 of the OpenGL 1.3 Specification (Per-Fragment Operations and the Frame Buffer)

    Add a new section "Occlusion Tests and Queries" between sections 4.1.6 and 4.1.7:

    "4.1.6A  Occlusion Tests and Queries

    Occlusion testing keeps track of whether any pixels have passed the depth test.  Such testing is enabled or disabled with the generic Enable and Disable commands using the symbolic constant OCCLUSION_TEST_HP.  The occlusion test result is initially FALSE.

    Occlusion queries can be used to track the exact number of fragments that pass the depth test.  Occlusion queries are associated with occlusion query objects.  The command

        void GenOcclusionQueriesNV(sizei n, uint *ids);

    returns n previously unused occlusion query names in ids.  These names are marked as used, but no object is associated with them until the first time BeginOcclusionQueryNV is called on them.  Occlusion queries contain one piece of state, a pixel count result.  This pixel count result is initialized to zero when the object is created.

    Occlusion queries are deleted by calling

        void DeleteOcclusionQueriesNV(sizei n, const uint *ids);

    ids contains n names of occlusion queries to be deleted.  After an occlusion query is deleted, its name is again unused.  Unused names in ids are silently ignored.

    An occlusion query can be started and finished by calling

        void BeginOcclusionQueryNV(uint id);
        void EndOcclusionQueryNV(void);

    If BeginOcclusionQueryNV is called with an unused id, that id is marked as used and associated with a new occlusion query object.  If it is called while another occlusion query is active, an INVALID_OPERATION error is generated.  If EndOcclusionQueryNV is called while no occlusion query is active, an INVALID_OPERATION error is generated.  Calling either GenOCclusionQueriesNV or DeleteOcclusionQueriesNV while an occlusion query is active causes an INVALID_OPERATION error to be generated.

    When EndOcclusionQueryNV is called, the current pixel counter is copied into the active occlusion query object's pixel count result.  BeginOcclusionQueryNV resets the pixel counter to zero and the occlusion test result to FALSE.

    Whenever a fragment reaches this stage and OCCLUSION_TEST_HP is enabled or an occlusion query is active, the occlusion test result is set to TRUE and the pixel counter is incremented.  If the value of SAMPLE_BUFFERS is 1, then the pixel counter is incremented by the number of samples whose coverage bit is set; otherwise, it is always incremented by one.  If it the pixel counter overflows, i.e., exceeds the value 2^PIXEL_COUNTER_BITS_NV-1, its value becomes undefined.  It is recommended, but not required, that implementations handle this overflow case by saturating at 2^PIXEL_COUNTER_BITS_NV-1 and incrementing no further.

    The necessary state is a single bit indicating whether the occlusion test is enabled, a single bit indicating whether an occlusion query is active, the identifier of the currently active occlusion query, a counter of no smaller than 24 bits keeping track of the pixel count, and a single bit indicating the occlusion test result."

Additions to Chapter 5 of the OpenGL 1.3 Specification (Special Functions)

    Add to the end of Section 5.4 "Display Lists":

    "DeleteOcclusionQueriesNV, GenOcclusionQueriesNV, IsOcclusionQueryNV, GetOcclusionQueryivNV, and GetOcclusionQueryuivNV are not complied into display lists but are executed immediately."

Additions to Chapter 6 of the OpenGL 1.3 Specification (State and State Requests)

Add a new section 6.1.13 "Occlusion Test and Occlusion Queries":

"The occlusion test result can be queried using GetBooleanv, GetIntegerv, GetFloatv, or GetDoublev with a <pname> of OCCLUSION_TEST_RESULT_HP. Whenever such a query is performed, the occlusion test result is reset to FALSE and the pixel counter is reset to zero as a side effect.

Which occlusion query is active can be queried using GetBooleanv, GetIntegerv, GetFloatv, or GetDoublev with a <pname> of CURRENT_OCCLUSION_QUERY_ID_NV. This query returns the name of the currently active occlusion query if one is active, and zero otherwise.

The state of an occlusion query can be queried with the commands

   void GetOcclusionQueryivNV(uint id, enum pname, int *params);
   void GetOcclusionQueryuivNV(uint id, enum pname, uint *params);

If the occlusion query object named by id is currently active, then an INVALID_OPERATION error is generated.

If <pname> is PIXEL_COUNT_NV, then the occlusion query's pixel count result is placed in params.

Often, occlusion query results will be returned asynchronously with respect to the host processor's operation. As a result, sometimes, if a pixel count is queried, the host must wait until the result is back. If <pname> is PIXEL_COUNT_AVAILABLE_NV, the value placed in params indicates whether or not such a wait would occur if the pixel count for that occlusion query were to be queried presently. A result of TRUE means no wait would be required; a result of FALSE means that some wait would occur. The length of this wait is potentially unbounded. It must always be true that if the result for one occlusion query is available, the result for all previous occlusion queries must also be available at that point in time."

GLX Protocol

Seven new GL commands are added.

The following two rendering commands are sent to the server as part of a glXRender request:

    BeginOcclusionQueryNV
    2         8                    rendering command length
    2         ????                 rendering command opcode
    4         CARD32               id

    EndOcclusionQueryNV
    2         4                    rendering command length
    2         ????                 rendering command opcode

The remaining five commands are non-rendering commands. These commands are sent separately (i.e., not as part of a glXRender or glXRenderLarge request), using the glXVendorPrivateWithReply request:

    DeleteOcclusionQueriesNV
    1         CARD8                opcode (X assigned)
    1         17                   GLX opcode (glXVendorPrivateWithReply)
    2         4+n                  request length
    4         ????                 vendor specific opcode
    4         GLX_CONTEXT_TAG      context tag
    4         INT32                n
    n*4       LISTofCARD32         ids

    GenOcclusionQueriesNV
    1         CARD8                opcode (X assigned)
    1         17                   GLX opcode (glXVendorPrivateWithReply)
    2         4                    request length
    4         ????                 vendor specific opcode
    4         GLX_CONTEXT_TAG      context tag
    4         INT32                n
    =>
    1         1                    reply
    1                              unused

```
        2              CARD16            sequence number
        4              n                 reply length
        24                               unused
        n*4            LISTofCARD322     queries

    IsOcclusionQueryNV
        1              CARD8             opcode (X assigned)
        1              17                GLX opcode (glXVendorPrivateWithReply)
        2              4                 request length
        4              ????              vendor specific opcode
        4              GLX_CONTEXT_TAG   context tag
        4              CARD32            id
      =>
        1              1                 reply
        1                                unused
        2              CARD16            sequence number
        4              0                 reply length
        4              BOOL32            return value
        20                               unused
        1              1                 reply

    GetOcclusionQueryivNV
        1              CARD8             opcode (X assigned)
        1              17                GLX opcode (glXVendorPrivateWithReply)
        2              5                 request length
        4              ????              vendor specific opcode
        4              GLX_CONTEXT_TAG   context tag
        4              CARD32            id
        4              ENUM              pname
      =>
        1              1                 reply
        1                                unused
        2              CARD16            sequence number
        4              m                 reply length, m=(n==1?0:n)
        4                                unused
        4              CARD32            n

        if (n=1) this follows:

        4              INT32             params
        12                               unused

        otherwise this follows:

        16                               unused
        n*4            LISTofINT32       params

    GetOcclusionQueryuivNV
        1              CARD8             opcode (X assigned)
        1              17                GLX opcode (glXVendorPrivateWithReply)
        2              5                 request length
        4              ????              vendor specific opcode
        4              GLX_CONTEXT_TAG   context tag
        4              CARD32            id
        4              ENUM              pname
      =>
        1              1                 reply
        1                                unused
        2              CARD16            sequence number
        4              m                 reply length, m=(n==1?0:n)
        4                                unused
        4              CARD32            n

        if (n=1) this follows:

        4              CARD32            params
        12                               unused

        otherwise this follows:

        16                               unused
        n*4            LISTofCARD32      params

Errors

    The error INVALID_VALUE is generated if GenOcclusionQueriesNV is
    called where n is negative.

    The error INVALID_VALUE is generated if DeleteOcclusionQueriesNV is
    called where n is negative.
```

The error INVALID_OPERATION is generated if GenOcclusionQueriesNV or DeleteOcclusionQueriesNV is called when an occlusion query is active.

The error INVALID_OPERATION is generated if BeginOcclusionQueryNV is called when an occlusion query is already active.

The error INVALID_OPERATION is generated if EndOcclusionQueryNV is called when an occlusion query is not active.

The error INVALID_OPERATION is generated if GetOcclusionQueryivNV or GetOcclusionQueryuivNV is called where id is not the name of an occlusion query.

The error INVALID_OPERATION is generated if GetOcclusionQueryivNV or GetOcclusionQueryuivNV is called where id is the name of the currently active occlusion query.

The error INVALID_ENUM is generated if GetOcclusionQueryivNV or GetOcclusionQueryuivNV is called where pname is not either PIXEL_COUNT_NV or PIXEL_COUNT_AVAILABLE_NV.

The error INVALID_OPERATION is generated if any of the commands defined in this extension is executed between the execution of Begin and the corresponding execution of End.

New State

(table 6.18, p. 226)

| Get Value Attribute | Type | Get Command | Initial Value | Description | Sec |
|---|---|---|---|---|---|
| OCCLUSION_TEST_HP | B | IsEnabled | FALSE | occlusion test enable | 4.1.6A |
| OCCLUSION_TEST_RESULT_HP | B | GetBooleanv | FALSE | occlusion test result | 4.1.6A |
| - | B | GetBooleanv | FALSE | occlusion query active | 4.1.6A |
| CURRENT_OCCLUSION_QUERY_ID_NV | Z+ | GetIntegerv | 0 | occlusion query ID | 4.1.6A |
| - | Z+ | - | 0 | pixel counter | 4.1.6A |

New Implementation Dependent State

(table 6.29, p. 237) Add the following entry:

| Get Value Attribute | Type | Get Command | Minimum Value | Description | Sec |
|---|---|---|---|---|---|
| PIXEL_COUNTER_BITS_NV | Z+ | GetIntegerv | 24 | Number of bits in pixel counters | 6.1.13 |

Revision History

   none yet