UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Case No. 12-cv-06375-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 31 |

A hearing on NVIDIA's motion to dismiss is scheduled for July 18, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED**.

Dated: July 8, 2013

_____
JON S. TIGAR
United States District Judge