I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
VICKIE L. FEEMAN (STATE BAR NO. 177487)
vfeeman@orrick.com
JESSE CHENG (STATE BAR NO. 259909)
jcheng@orrick.com
JAMES FREEDMAN (STATE BAR NO. 287177)
jfreedman@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
NVIDIA CORPORATION

DAVID FINK (pro hac vice)
7519 Apache Plume
Houston, TX 77071
Tel.: (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

DUNCAN M. MCNEILL
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (650) 994-2295
Fax: (650) 994-2297
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff
FuzzySharp Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 12-cv-6375-JST <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiff FuzzySharp Technologies Incorporated ("Fuzzysharp") and Defendant NVIDIA Corporation ("NVIDIA") respectfully submit this Stipulated Request to reschedule the initial Case Management Conference set for August 14, 2013, pending the Court's resolution of NVIDIA's Motion to Dismiss Fuzzysharp's Amended Complaint. Certain deadlines that trigger off of this initial Case Management Conference as set forth in the Civil and Patent Local Rules and Federal Rules of Civil Procedure will be continued accordingly. No other deadlines should be affected.

The initial Case Management Conference was originally scheduled for March 22, 2013 (Docket Nos. 3 and 10), vacated by the Court's Reassignment Order (Docket No. 13), and reset for March 26, 2013 (Docket No. 20). The Court has since rescheduled the Case Management Conference for May 15, 2013, in response to the parties' first stipulated request, and subsequently for June 26, 2013, in response to an unopposed motion by Fuzzysharp. On June 5, 2013, the Court continued the Case Management Conference until August 14, 2013.

Subject to the convenience of the Court, the parties respectfully request that the initial Case Management Conference be rescheduled for a date following the resolution of NVIDIA's Motion to Dismiss Fuzzysharp's Amended Complaint. The parties believe that greater certainty as to the scope of this case would allow them to better prepare for a Case Management Conference and its related deadlines and submissions, to the extent necessary.

Counsel for Fuzzysharp is unavailable in September due to Jewish Holidays, as well as October 2 and 9, 2013. Counsel for NVIDIA is unavailable on October 16.

Dated: July 29, 2013

Orrick Herrington & Sutcliffe, LLP

By:   /s/ Jesse Cheng
          Jesse Cheng

Attorneys for Defendant
NVIDIA Corp.

Dated:  July 29, 2013

By:   /s/ David Fink
          David Fink

Attorney for Plaintiff
Fuzzysharp Technologies Inc.

Pursuant to Civil Local Rule 5-1(i)(3), counsel for NVIDIA has obtained the concurrence of Fuzzysharp's counsel in the filing of this Stipulated Request.

Dated: July 29, 2013

By:   /s/ Jesse Cheng
          Jesse Cheng

Attorneys for Defendant
NVIDIA Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: July 30, 2013

_____
Jon S. Tigar
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIP. REQUEST TO RESCHEDULE INITIAL CMC
12-CV-6375-JST