David Fink (pro hac vice)
7519 Apache Plume
Houston, TX 77071
Tel.: (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (650) 994-2295
Fax: (650) 994-2297
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>         Plaintiff,<br><br>    vs.<br><br>NVIDIA CORPORATION,<br><br>         Defendant. | Civil Action No. 3:12-CV-06375 JST<br><br>PLAINTIFF FUZZYSHARP TECHNOLOGIES CORPORATION'S ANSWER TO DEFENDANT'S COUNTERCLAIMS |

Plaintiff FuzzySharp Technologies Incorporated ("FuzzySharp") by and through its attorney, responds to the Counterclaims of Defendant Nvidia Corporation "Nvidia" as follows:

  1.     FuzzySharp has no comment on the statements of page 6, paragraph 1.

2.     FuzzySharp admits the allegation of page 6, paragraph 2.

3.     FuzzySharp admits the allegation of page 6, paragraph 3.

4.     FuzzySharp no comment on the statements of page 6, paragraph 4.

5.     FuzzySharp admits the allegation of page 6, paragraph 5.

6.     FuzzySharp admits the allegation of page 6, paragraph 6.

7.     FuzzySharp denies the allegation of page 6, paragraph 7.

8.     FuzzySharp has no comment on the statements of page 6, paragraph 8.

9.     FuzzySharp denies each and every sub-paragraph of the allegation of page 6, paragraph 9.

THE PLAINTIFF
FUZZYSHARP TECHNOLOGIES
INCORPORATED

Date: September 29, 2013

By: /S/ David Fink
David Fink
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

2   I certify that the foregoing document is being served on all parties by filing with the clerk
3   of the Court for the Northern District of California using the CM/ECF system on September 29,
4   2013.

5

6   By: /s/ David Fink
    David Fink

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28