I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JESSE CHENG (STATE BAR NO. 259909)
jcheng@orrick.com
JAMES FREEDMAN (STATE BAR NO. 287177)
jfreedman@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
NVIDIA CORPORATION

DAVID FINK (pro hac vice)
7519 Apache Plume
Houston, TX 77071
Tel.: (713) 729-4991
Fax.: (713) 729-4951
texascowboy6@gmail.com

DUNCAN M. MCNEILL
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (650) 994-2295
Fax: (650) 994-2297
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff
FuzzySharp Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INC, <br><br>Plaintiff, <br><br>v. <br><br>NVIDIA CORPORATION, <br><br>Defendant. | Case No. 12-cv-6375-JST <br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiff FuzzySharp Technologies Incorporated ("Fuzzysharp") and Defendant NVIDIA Corporation ("NVIDIA") respectfully submit this Stipulated Request to reschedule the initial Case Management Conference set for October 23, 2013 to December 18, 2013. Certain deadlines that trigger off of this initial Case Management Conference as set forth in the Civil and Patent Local Rules and Federal Rules of Civil Procedure will be continued accordingly. No other deadlines should be affected.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATED REQUEST AND [PROPOSED] ORDER
TO RESCHEDULE INITIAL CASE MANAGEMENT
CONFERENCE
12-CV-6375-JST

1    The initial Case Management Conference was originally scheduled for March 22, 2013
2 (Dkt. Nos. 3 and 10), vacated by the Court's Reassignment Order (Dkt. No. 13), and reset for
3 March 26, 2013 (Dkt. No. 20).  The Court has since rescheduled the Case Management
4 Conference for May 15, 2013, in response to the parties' first stipulated request, and subsequently
5 for June 26, 2013, in response to an unopposed motion by Fuzzysharp (Dkt. Nos. 23, 27).
6 On June 5, 2013, the Court continued the Case Management Conference until August 14, 2013
7 (Dkt. No. 34).  On July 30, the Court granted the parties' stipulated request to reschedule the
8 Case Management Conference until after resolution of NVIDIA's Motion to Dismiss
9 Fuzzysharp's Amended Complaint, and rescheduled the Conference to October 23, 2013
10 (Dkt. Nos. 39-40).

11    Pursuant to Civil Local Rules 16-3 and 16-10, lead counsel must attend the initial Case
12 Management Conference and the Rule 26(f) meet and confer 21 days before the conference.
13 Defendant's lead counsel, Mr. Chatterjee, is unavailable for the October 23, 2013 conference due
14 to a conflicting trial, which is set to take place in Delaware from October 21, 2013 through early
15 November.  Mr. Chatterjee would also not be able to attend the meet and confer, as required, for a
16 November initial Case Management Conference.  In light of the requirements of Local Rule 16,
17 the parties respectfully request that the initial Case Management Conference be rescheduled to
18 December 18, 2013, subject to the convenience of the Court.

Dated:  September 30, 2013

Dated:  September 30, 2013

Orrick Herrington & Sutcliffe, LLP

By:   /s/ James Freedman
        James Freedman

By:   /s/ David Fink
        David Fink

Attorneys for Defendant
NVIDIA Corp.

Attorney for Plaintiff
Fuzzysharp Technologies Inc.

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 2 -

STIPULATED REQUEST AND [PROPOSED] ORDER
TO RESCHEDULE INITIAL CASE MANAGEMENT
CONFERENCE
12-cv-6375-JST

Pursuant to Civil Local Rule 5-1(i)(3), counsel for NVIDIA has obtained the concurrence of Fuzzysharp's counsel in the filing of this Stipulated Request.

Dated: September 30, 2013

By: /s/ James Freedman
James Freedman

Attorneys for Defendant
NVIDIA Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____

Jon S. Tigar
United States District Judge

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 3 -

STIPULATED REQUEST AND [PROPOSED] ORDER
TO RESCHEDULE INITIAL CASE MANAGEMENT
CONFERENCE
12-CV-6375-JST