1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)          DAVID FINK (pro hac vice)
    nchatterjee@orrick.com                              7519 Apache Plume
2   DIANA M. RUTOWSKI (STATE BAR NO. 233878)           Houston, TX 77071
    drutowski@orrick.com                                Tel.:  (713) 729-4991
3   JESSE CHENG (STATE BAR NO. 259909)                 Fax.: (713) 729-4951
    jcheng@orrick.com                                   texascowboy6@gmail.com
4   JAMES FREEDMAN (STATE BAR NO. 287177)
    jfreedman@orrick.com                                DUNCAN M. MCNEILL
5   ORRICK, HERRINGTON & SUTCLIFFE LLP                 1514 Van Dyke Avenue
    1000 Marsh Road                                     San Francisco, CA 94124
6   Menlo Park, California  94025                       Tel.: (650) 994-2295
    Telephone:     +1-650-614-7400                      Fax: (650) 994-2297
7   Facsimile:     +1-650-614-7401                      dmcneill1@netzero.com
                                                        Fed. Bar No. 136416
8   Attorneys for Defendant
    NVIDIA CORPORATION                                  Attorneys for the Plaintiff
9                                                       FUZZYSHARP TECHNOLOGIES
                                                        INC.
10

11

12                      UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16   FUZZYSHARP TECHNOLOGIES, INC,            Case No. 12-cv-6375-JST

17                  Plaintiff,                **STIPULATED REQUEST AND
                                              [PROPOSED] ORDER TO
18          v.                                RESCHEDULE INITIAL CASE
                                              MANAGEMENT CONFERENCE**
19   NVIDIA CORPORATION,

20                  Defendant.

21

22

23          Pursuant to Civil Local Rule 6-2, Plaintiff Fuzzysharp Technologies Incorporated

24   ("Fuzzysharp") and Defendant NVIDIA Corporation ("NVIDIA") respectfully submit this

25   Stipulated Request to reschedule the initial Case Management Conference set for December 18,

26   2013 to a later date, if necessary, pending the Court's resolution of the parties' dispute as to the

27   proper disposition of this case.  Certain deadlines that trigger off of the initial Case Management

28   Conference as set forth in the Civil and Patent Local Rules and Federal Rules of Civil Procedure

1   will be continued accordingly.  No other deadlines should be affected.

2        The only remaining claim against NVIDIA in this case alleges willful, direct infringement

3   of U.S. Patent No. 6,172,679 ("the '679 patent").  In a recent November 7, 2013 Order in

4   *Fuzzysharp Techs. Inc. v. Intel Corp*, Case No. 12-CV-04413-YGR (N.D. Cal. filed Aug. 22,

5   2012) ("*Intel*"), the Court invalidated all asserted claims of the '679 patent.  *Intel* Dkt. No. 74

6   (Order Construing Claim Terms in Dispute and Granting Summary Judgment in Favor of

7   Defendant Intel Corporation).  Consequently, NVIDIA believes this case should be dismissed on

8   collateral estoppel grounds for the reasons to be set forth in its forthcoming brief.  Fuzzysharp has

9   indicated that it intends to appeal the decision in *Intel* and instead favors a stay of this case

10  pending that appeal.  The parties have met and conferred on this issue and failed to reach an

11  agreement.  NVIDIA therefore intends to file a motion seeking dismissal of this case.  Because

12  the parties believe that this case should be either stayed or dismissed, the parties agree that

13  rescheduling the Case Management Conference until after NVIDIA's intended motion to dismiss

14  is heard and decided is in the best interest of the parties and judicial economy.

15       The initial Case Management Conference was originally scheduled for March 22, 2013

16  (Dkt. Nos. 3 and 10), vacated by the Court's Reassignment Order (Dkt. No. 13), and reset for

17  March 26, 2013 (Dkt. No. 20).  The Court has since rescheduled the Case Management

18  Conference for May 15, 2013, in response to the parties' first stipulated request, and subsequently

19  for June 26, 2013, in response to an unopposed motion by Fuzzysharp (Dkt. Nos. 23, 27).

20  On June 5, 2013, the Court continued the Case Management Conference until August 14, 2013

21  (Dkt. No. 34).  On July 30, the Court granted the parties' stipulated request to reschedule the

22  Case Management Conference until after resolution of NVIDIA's Motion to Dismiss

23  Fuzzysharp's Amended Complaint, and rescheduled the Conference to October 23, 2013

24  (Dkt. Nos. 39-40).  On September 30, 2013, the Court granted the parties' stipulated request to

25  reschedule the Case Management Conference to December 18, 2013, due to scheduling conflicts

26  of NVIDIA's lead counsel (Dkt. No. 46).

27  / / /

28

STIPULATED REQUEST AND [PROPOSED] ORDER
TO RESCHEDULE INITIAL CASE MANAGEMENT
CONFERENCE 12-cv-6375-JST

1   In light of the high probability that this case will either be dismissed or stayed as a result

2   of the ruling in *Intel*, the parties respectfully request that the initial Case Management Conference

3   be rescheduled to a later date if still necessary pending resolution of this dispute, subject to the

4   convenience of the Court.

5

6   Dated: November 22, 2013                          Dated: November 22, 2013

7   Orrick Herrington & Sutcliffe, LLP

8   By:      /s/ James Freedman                      By:      /s/ David Fink
              James Freedman                                   David Fink
9             Attorneys for Defendant                          Attorney for Plaintiff
              NVIDIA CORP                                      FUZZYSHARP TECHNOLOGIES INC.
10

11

12       Pursuant to Civil Local Rule 5-1(i)(3), counsel for NVIDIA has obtained the concurrence

13  of Fuzzy sharp's counsel in the filing of this Stipulated Request.

14

                                                     By:             /s/ James Freedman
15                                                            JAMES FREEDMAN
                                                             Attorneys for Defendant
16                                                           NVIDIA CORPORATION

17

18

19      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21  Dated:  November 25, 2013

22                                                   Jon S. Tigar
                                                     United States District Judge
23

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER
TO RESCHEDULE INITIAL CASE MANAGEMENT
CONFERENCE 12-cv-6375-JST